**Order entered July 2, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00670-CV

**LOYDS OF DALLAS ENTERPRISES, LLC, Appellant**

**V.**

**TAMMY JENNINGS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09018**

## ORDER

We **GRANT** appellee's June 30, 2015 motion for an extension of time to file a brief.

Appellee shall file a brief by **AUGUST 3, 2015**. We caution appellee that no further extension

of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE